# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
HOUSTON, TEXAS 77002

**DAVID HITTNER**
SENIOR U.S. DISTRICT JUDGE

Telephone: (713) 250-5711
Facsimile:   (713) 250-5357

June 22, 2006

Judge Ortrie D. Smith, Chair
Committee on Financial Disclosure
Administrative Office of the
    United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, DC 20544

        Re:  Amendment to 2005 Annual Disclosure Report

Dear Judge Smith:

        Pursuant to your letter dated June 14, 2006 requesting additional information pertaining to the 2005 annual financial disclosure report please find an original and three copies of the following amendment thereto.

        In Part IV, it is my understanding that in the future I am to provide descriptions of reimbursements including dates and locations.

        In Part VII, regarding various assets throughout, wherein the income code and the income type were not recorded under the original investment firm, (Adell, Harriman), once the stock was transferred to the new investment firms (Pershing Investments and INS Securities, Inc.) the income code and income type were then recorded for amounts both before and after the transfer of each stock.

        In Part VII, page 19, line 261, Column B(1) inadvertently left blank should be reflected with a value of A for stock symbol "GOOG".

In Part VII, page 4 lines 14, and 15 Column D(1) which were inadvertently left blank for stock symbols "SC", "WMT", and "JPM" D(1) should be reflected with a value of J for all three stock symbols.

Should additional information be required, I will certainly comply as soon as possible. I would appreciate your acknowledgment of receipt on the enclosed copy of this letter, for which I have included a self-addressed return envelope. Many thanks to you, your committee and staff for all of your efforts and assistance.

Very truly yours,



DAVID HITTNER

Enclosures

AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hittner, David | United States District Court | 05/05/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Status | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U. S. District Court <br> 515 Rusk Street Room 8509 <br> Houston, Texas 77002 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Sam Houston Area Council/Boy Scouts of America |
| 2. Director | South Texas Law Review |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 3/28/06 | The West Group - Royalties on 5th Circuit Guide | $ 1,124.85 |
| 2. 9/26/05 | The West Group - Royalties on 5th Circuit Guide | $ 5,078.84 |
| 3. 11/29/06 | University of Houston Law Foundation - Teaching Fees for CLE Programs Houston and Dallas | $ 5,000.00 |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. PriceWaterhouseCoopers | Leadership Forum Reimbursement (lodging, airfare, meals) |
| 2. Practising Law Institute | Seminar Reimbursement (airfare, meals) |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hittner, David | 05/05/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hittner, David | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK ACCOUNTS: | | | | | | | | | |
| 2. Cash/Checking - JP Morgan Chase Bank, Houston, Texas | | None | L | T | | | | | |
| 3. IRA CD - JP Morgan Chase Bank, Houston, Texas | B | Interest | K | T | | | | | |
| 4. Cash/Savings - JP Morgan Chase Bank, Houston, Texas | B | Interest | L | T | | | | | |
| 5. Cash/Savings - Bank of America, Houston, Texas | A | Interest | K | T | | | | | |
| 6. LIFE INS/ANNUITIES: | | | | | | | | | |
| 7. Mutual Trst Life Ins.. Co/Oakbrook, IL | C | Interest | L | T | | | | | |
| 8. INVESTMENTS: | | | | | | | | | |
| 9. Adell Harriman & Carpenter Money Market Account | A | Interest | | | Transfer | 3/17 | K | | |
| 10. FIDELITY INVESTMENTS INSTL. BROKERAGE GROUP: | | | | | | | | | |
| 11. ADP | | | | | Transfer | 3/17 | K | | |
| 12. GE | A | Dividend | | | Transfer | 3/17 | K | | |
| 13. VZ | A | Dividend | | | Transfer | 3/17 | J | | |
| 14. SC | | | | | Transfer | 3/15 | | | |
| 15. WMT | | | | | Transfer | 3/17 | | | |
| 16. MSFT | | | | | Transfer | 3/17 | K | | |
| 17. HD | | | | | Transfer | 3/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hittner, David | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. INTC | | | | | Transfer | 3/17 | K | | |
| 19. JNJ | | | | | Transfer | 3/17 | K | | |
| 20. SYY | A | Dividend | | | Transfer | 3/17 | J | | |
| 21. ORCL | | | | | Transfer | 3/17 | J | | |
| 22. JPM | | | | | Transfer | 3/17 | | | |
| 23. CSCO | | | | | Transfer | 3/17 | J | | |
| 24. C | A | Dividend | | | Transfer | 3/17 | J | | |
| 25. AMGN | | | | | Transfer | 3/17 | J | | |
| 26. XOM | | | | | Transfer | 3/17 | J | | |
| 27. MDT | A | Dividend | | | Transfer | 3/17 | J | | |
| 28. APC | | | | | Transfer | 3/17 | J | | |
| 29. PFE | | | | | Transfer | 3/17 | J | | |
| 30. RTN | A | Dividend | | | Transfer | 3/17 | J | | |
| 31. TGT | | | | | Transfer | 3/17 | K | | |
| 32. AIG | | | | | Transfer | 3/17 | J | | |
| 33. BBY | A | Dividend | | | Transfer | 3/17 | J | | |
| 34. LOW | A | Dividend | | | Transfer | 3/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hittner, David | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DLTR | | | | | Transfer | 3/17 | J | | |
| 36. MHS | | | | | Transfer | 3/17 | J | | |
| 37. BAC | A | Dividend | | | Transfer | 3/17 | | | |
| 38. WM | A | Dividend | | | Transfer | 3/17 | J | | |
| 39. UPS | A | Dividend | | | Transfer | 3/17 | J | | |
| 40. COP | | | | | Transfer | 3/17 | J | | |
| 41. AMB | A | Dividend | | | Transfer | 3/17 | J | | |
| 42. CBSS | A | Dividend | | | Transfer | 3/17 | J | | |
| 43. DIS | A | Dividend | | | Transferr | 3/17 | J | | |
| 44. PEP | A | Dividend | | | Transfer | 3/17 | J | | |
| 45. SLB | A | Dividend | | | Transfer | 3/17 | J | | |
| 46. TYC | A | Dividend | | | Transfer | 3/17 | J | | |
| 47. MLS | A | Dividend | | | Transfer | 3/17 | J | | |
| 48. INS SECURITIES INC | | | | | | | | | |
| 49. BAC | A | Dividend | K | T | | | | | |
| 50. C | A | Dividend | K | T | | | | | |
| 51. COP | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. XOM | A | Dividend | K | T | | | | | |
| 53. JPM | A | Dividend | J | T | | | | | |
| 54. SC | A | Dividend | | | Trans/Merger | 7/19 | K | | |
| 55. SC | A | Dividend | K | T | | | | | |
| 56. WMT | A | Dividend | K | T | | | | | |
| 57. PERSHING INVESTMENT: | | | | | | | | | |
| 58. BBY | | | | | Sell all | 3/23 | J | D | |
| 59. ACE | A | Dividend | | | Buy | 3/23 | J | | |
| 60. ACE | | | | | Sell all | 9/27 | J | A | |
| 61. DOX | | | | | Buy | 3/23 | J | | |
| 62. DOX | | | | | Sell all | 9/23 | J | | |
| 63. AXS | | | | | Buy | 3/23 | J | | |
| 64. AXS | A | Dividend | | | Sell all | 9/27 | J | A | |
| 65. COO | A | Dividend | | | Buy | 3/23 | J | | |
| 66. COO | | | | | Buy | 4/6 | J | | |
| 67. COO | | | | | Pt. Sell | 5/4 | J | | |
| 68. COO | | | | | Pt. Sell | 6/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hittner, David | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. COO | | | | | Sell all | 7/26 | J | | |
| 70. GRMN | | | | | Buy | 3/23 | J | | |
| 71. GRMN | | | | | Sell all | 4/26 | J | | |
| 72. MRVL | | | | | Buy | 3/23 | J | | |
| 73. MRVL | | | | | Sell all | 9/27 | J | A | |
| 74. NE | | | | | Buy | 3/23 | J | | |
| 75. NE | | | | | Sell all | 9/27 | J | A | |
| 76. QNTA | | | | | Buy | 3/23 | J | | |
| 77. QNTA | | | | | Sell all | 9/27 | J | | |
| 78. STX | A | Dividend | | | Buy | 3/23 | J | | |
| 79. STX | | | | | Sell all | 8/10 | J | | |
| 80. WSH | A | Dividend | | | Buy | 3/23 | J | | |
| 81. WSH | | | | | Sell all | 9/27a | J | A | |
| 82. AMB | | | | | Sell all | 3/23 | J | | |
| 83. AIC | A | Dividend | | | Buy | 3/23 | J | | |
| 84. AIC | | | | | Sell all | 9/27 | J | | |
| 85. KAR | A | Dividend | | | Buy | 6/2 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal U =Book Value | V =Other | S =Assessment W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hittner, David | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. KAR | | | | | Sell all | 9/27 | J | | |
| 87. ADBE | A | Dividend | | | Buy | 3/23 | J | | |
| 88. ADBE | | | | | Sell all | 7/6 | J | | |
| 89. AAP | | | | | Buy | 3/23 | J | | |
| 90. AAP | | | | | Sell all | 5/26 | J | | |
| 91. AMG | | | | | Buy | 3/23 | J | | |
| 92. AMG | | | | | Sell all | 9/27 | J | A | |
| 93. APD | A | Dividend | | | Buy | 5/12 | J | | |
| 94. APD | | | | | Sell all | 9/27 | J | | |
| 95. MO | A | Dividend | | | Buy | 3/23 | J | | |
| 96. MO | | | | | Sell all | 9/27 | J | A | |
| 97. ACAS | A | Dividend | | | Buy | 3/23 | J | | |
| 98. ACAS | | | | | Sell all | 9/27 | J | A | |
| 99. ASD | | | | | Buy | 3/23 | J | | |
| 100. ASD | A | Dividend | | | Sell all | 9/27 | J | | |
| 101. AGP | | | | | Buy | 3/23 | J | | |
| 102. AGP | | | | | Sell all | 9/03 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - 2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hittner, David | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. AMGN | | | | | Pt. sell | 3/23 | J | | |
| 104. AMGN | | | | | Pt. sell | 6/17 | J | | |
| 105. AMGN | | | | | Sell all | 9/27 | J | A | |
| 106. AIG | | | | | Pt. Sell | 3/23 | J | | |
| 107. AIG | A | Dividend | | | Sell all | 9/27 | J | | |
| 108. APC | | | | | Sell all | 3/23 | J | A | |
| 109. BUD | | | | | Buy | 3/23 | J | | |
| 110. BUD | | | | | Sell all | 4/21 | J | A | |
| 111. AAPL | | | | | Buy | 3/23 | J | | |
| 112. AAPL | | | | | Buy | 5/24 | J | | |
| 113. AAPL | | | | | Sell | 8/10 | J | A | |
| 114. AAPL | | | | | Sell all | 9/27 | J | A | |
| 115. ADSK | | | | | Buy | 3/23 | J | | |
| 116. ADSK | | | | | Sell all | 9/27 | J | A | |
| 117. ADP | | | | | Sell all | 3/23 | K | D | |
| 118. AV | | | | | Buy | 3/23 | J | | |
| 119. AV | | | | | Sell all | 4/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. AVP | | | | | Buy | 6/9 | J | | |
| 121. AVP | A | Dividend | | | Sell all | 9/27 | J | | |
| 122. BJS | | | | | Buy | 3/23 | J | | |
| 123. BJS | | | | | Buy | 4/26 | J | | |
| 124. BJS | A | Dividend | | | Sell all | 9/27 | J | A | |
| 125. BP | | | | | Buy | 3/23 | J | | |
| 126. BP | | | | | Sell all | 9/27 | J | A | |
| 127. BAC | | | | | Buy | 3/23 | J | | |
| 128. BAC | | | | | Sell pt. | 7/26 | J | A | |
| 129. BAC | A | Dividend | | | Sell all | 9/27 | J | | |
| 130. BCR | | | | | Buy | 5/6 | J | | |
| 131. BCR | A | Dividend | | | Sell all | 9/27 | J | | |
| 132. BEC | | | | | Buy | 3/23 | J | | |
| 133. BEC | | | | | Sell all | 5/4 | J | | |
| 134. BDX | | | | | Buy | 3/23 | J | | |
| 135. BDX | A | Dividend | | | Sell all | 9/27 | J | | |
| 136. BMM | A | Dividend | | | Buy | 3/23 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. BMM | | | | | Pt. Sell | 4/11 | J | | |
| 138. BMM | | | | | Sell all | 9/27 | J | | |
| 139. BA | A | Dividend | | | Buy | 6/15 | J | | |
| 140. BA | | | | | Buy | 6/17 | J | | |
| 141. BA | | | | | Sell all | 9/30 | J | A | |
| 142. BSX | | | | | Buy | 3/23 | J | | |
| 143. BSX | | | | | Sell all | 9/27 | J | | |
| 144. EAT | | | | | Buy | 3/23 | J | | |
| 145. EAT | | | | | Sell all | 9/27 | J | A | |
| 146. CVS | | | | | Buy | 3/23 | J | | |
| 147. CVS | A | Dividend | | | Pt. sell | 7/26 | J | | |
| 148. CVS | | | | | Sell all | 9/27 | J | | |
| 149. COF | A | Dividend | | | Buy | 3/23 | J | | |
| 150. COF | | | | | Sell pt | 55/4 | J | | |
| 151. COF | | | | | Sell all | 5/26 | J | | |
| 152. CMX | | | | | Buy | 3/23 | J | | |
| 153. CMX | | | | | Sell all | 5/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hittner, David | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. CAT | A | Dividend | | | Buy | 3/23 | J | | |
| 155. CAT | | | | | Sell all | 9/27 | J | A | |
| 156. CTX | A | Dividend | | | Buy | 5/13 | J | | |
| 157. CTX | | | | | Sell all | 9/27 | J | A | |
| 158. CRL | | | | | Buy | 6/2 | J | | |
| 159. CRL | | | | | Sell all | 9/27 | J | | |
| 160. CVX | A | Dividend | | | Buy | 3/23 | J | | |
| 161. CVX | | | | | Sell all | 6/9 | J | | |
| 162. CSCO | | | | | Pt. Sell | 3/28 | J | | |
| 163. CSCO | | | | | Sell all | 3/28 | J | E | |
| 164. C | A | Dividend | | | Buy | 3/23 | J | | |
| 165. C | | | | | Sell all | 9/27 | J | A | |
| 166. COH | | | | | Buy | 5/13 | J | | |
| 167. COH | | | | | Sell all | 9/27 | J | A | |
| 168. CTSH | | | | | Buy | 3/23 | J | | |
| 169. CTSH | | | | | Sell all | 9/27 | J | | |
| 170. CL | A | Dividend | | | Buy | 3/23 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimat | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hittner, David | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. CL | | | | | Sell all | 9/27 | J | | |
| 172. CMCSK | | | | | Buy | 3/23 | J | | |
| 173. CMCSK | | | | | Sell all | 9/27 | J | | |
| 174. CCBI | A | Dividend | | | Buy | 6/2 | J | | |
| 175. CCBI | | | | | Sell all | 9/27 | J | | |
| 176. CTV | | | | | Buy | 3/23 | J | | |
| 177. CTV | | | | | Sell all | 9/27 | J | A | |
| 178. CYH | | | | | Buy | 4/20 | J | | |
| 179. CYH | | | | | Sell all | 9/27 | J | A | |
| 180. CBSS | | | | | Sell all | 3/23 | J | | |
| 181. CMVT | | | | | Buy | 3/23 | J | | |
| 182. CMVT | | | | | Sell all | 9/17 | J | A | |
| 183. STZ | | | | | Buy | 3/23 | J | | |
| 184. STZ | | | | | Sell all | 8/9 | J | A | |
| 185. CBE | | | | | Buy | 3/23 | J | | |
| 186. CBE | | | | | Sell all | 7/26 | J | | |
| 187. GLW | | | | | Buy | 4/29 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)
2. Value Codes (See Columns C1 and D3)
3. Value Method Codes (See Column C2)

| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| Q =Appraisal | V =Other | S =Assessment | | |
| U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hittner, David | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. GLW | | | | | Sell all | 9/27 | J | A | |
| 189. CVD | | | | | Buy | 3/23 | J | | |
| 190. CVD | | | | | Sell all | 6/2 | J | | |
| 191. COP | A | Dividend | | | Buy | 3/23 | J | | |
| 192. COP | | | | | Sell all | 9/27 | J | A | |
| 193. CBG | | | | | Buy | 3/23 | J | | |
| 194. CBG | | | | | Sell all | 8/8 | J | A | |
| 195. CBSS | | | | | Sell all | 3/23 | J | A | |
| 196. DHI | | | | | Buy | 3/23 | J | | |
| 197. DHI | A | Dividend | | | Sell all | 9/27 | J | A | |
| 198. DELL | | | | | Buy | 4/23 | J | | |
| 199. DELL | | | | | Sell all | 4/19 | J | | |
| 200. DELL | | | | | Buy | 5/20 | J | | |
| 201. DELL | | | | | Buy | 6/10 | J | | |
| 202. DELL | | | | | Sell all | 8/12 | J | | |
| 203. XRAY | | | | | Buy | 3/23 | J | | |
| 204. XRAY | | | | | Sell all | 6/21 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hittner, David | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. DDR | A | Dividend | | | Buy | 3/23 | J | | |
| 206. DDR | | | | | Sell all | 6/21 | J | A | |
| 207. DBD | A | Dividend | | | Buy | 3/23 | J | | |
| 208. DBD | | | | | Pt. Sell | 6/8 | J | | |
| 209. DBD | | | | | Sell all | 8/8 | J | | |
| 210. DIS | | | | | Pt. Sell | 3/23 | J | B | |
| 211. DIS | | | | | Sell all | 7/6 | J | A | |
| 212. DLTR | | | | | Sell all | 3/23 | J | | |
| 213. DCI | A | Dividend | | | Buy | 3/23 | J | | |
| 214. DCI | | | | | Sell all | 9/27 | J | | |
| 215. DJ | A | Dividend | | | Buy | 3/23 | J | | |
| 216. DJ | | | | | Sell all | 9/27 | J | A | |
| 217. DNA | | | | | Buy | 4/15 | J | | |
| 218. DNA | | | | | Sell all | 9/27 | J | A | |
| 219. DWA | | | | | Buy | 3/23 | J | | |
| 220. DWA | | | | | Sell all | 9/27 | J | | |
| 221. EOG | A | Dividend | | | Buy | 3/23 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hittner, David | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. EOG | | | | | Sell all | 8/30 | J | A | |
| 223. EDMC | | | | | Buy | 4/20 | J | | |
| 224. EDMC | | | | | Buy | 4/26 | J | | |
| 225. EDMC | | | | | Pt. Sell | 8/10 | J | A | |
| 226. EDMC | | | | | Sell all | 9/27 | J | | |
| 227. EEQ | | | | | Buy | 3/23 | J | | |
| 228. EEQ | | | | | Sell all | 9/27 | J | A | |
| 229. ERJ | A | Dividend | | | Buy | 3/23 | J | | |
| 230. ERJ | | | | | Sell all | 9/27 | J | A | |
| 231. XOM | A | Dividend | | | Buy | 3/23 | J | | |
| 232. XOM | | | | | Sell all | 9/27 | J | A | |
| 233. FRE | | | | | Buy | 3/23 | J | | |
| 234. FRE | | | | | Sell all | 4/21 | J | | |
| 235. FAF | A | Dividend | | | Buy | 3/23 | J | | |
| 236. FAF | | | | | Sell all | 9/27 | J | A | |
| 237. FISV | | | | | Buy | 3/23 | J | | |
| 238. FISV | | | | | Sell all | 9/27 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hittner, David | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. FNM | | | | | Buy | 4/21 | J | | |
| 240. FNM | | | | | Sell all | 9/27 | J | | |
| 241. FSH | | | | | Buy | 3/23 | J | | |
| 242. FSH | | | | | Sell all | 4/5 | J | | |
| 243. FSH | | | | | Buy | 4/20 | J | | |
| 244. FSH | | | | | Sell all | 5/4 | J | A | |
| 245. FO | A | Dividend | | | Buy | 3/23 | J | | |
| 246. FO | | | | | Sell all | 5/26 | J | A | |
| 247. FSL | | | | | Buy | 3/23 | J | | |
| 248. FSL | | | | | Sell all | 4/20 | J | | |
| 249. AJG | A | Distribution | | | Buy | 3/23 | J | | |
| 250. AJG | | | | | Sell all | 4/20 | J | | |
| 251. GE | A | Dividend | | | Buy | 4/26 | J | | |
| 252. GE | | | | | Sell all | 5/3 | J | | |
| 253. GE | | | | | Buy | 6/21 | J | | |
| 254. GE | | | | | Buy | 6/24 | J | | |
| 255. GE | | | | | Sell all | 9/27 | J | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. G | A | Dividend | | | Buy | 4/19 | J | | |
| 257. G | | | | | Sell all | 9/27 | J | A | |
| 258. GS | A | Dividend | | | Buy | 3/23 | J | | |
| 259. GS | | | | | Sell all | 5/18 | J | | |
| 260. GOOG | | | | | Buy | 3/23 | J | | |
| 261. GOOG | | Dividend | | | Sell all | 9/27 | J | A | |
| 262. GWW | A | Dividend | | | Buy | 3/23 | J | | |
| 263. GWW | | | | | Sell all | 9/27 | J | | |
| 264. HDI | | | | | Buy | 3/23 | J | | |
| 265. HDI | | | | | Sell all | 7/13 | J | | |
| 266. HET | A | Dividend | | | Buy | 3/23 | J | | |
| 267. HET | | | | | Pt. Sell | 6/10 | J | | |
| 268. HET | | | | | Sell all | 9/27 | J | | |
| 269. HIG | A | Dividend | | | Buy | 5/4 | J | | |
| 270. HIG | | | | | Sell all | 9/27 | J | | |
| 271. HNZ | A | Dividend | | | Buy | 3/23 | J | | |
| 272. HNZ | | | | | Sell all | 9/27 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hittner, David | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. HIH | A | Dividend | | | Buy | 3/23 | J | | |
| 274. HIH | | | | | Sell all | 6/2 | J | A | |
| 275. HD | A | Dividend | | | Pt. sell | 3/23 | K | D | |
| 276. HD | | | | | Pt. sell | 5/13 | J | B | |
| 277. HD | | | | | Sell all | 9/27 | J | A | |
| 278. HRL | A | Dividend | | | Buy | 3/23 | J | | |
| 279. HRL | | | | | Sell all | 9/27 | J | A | |
| 280. SFI | A | Dividend | | | Buy | 3/23 | J | | |
| 281. SFI | | | | | Pt. sell | 6/3 | J | A | |
| 282. SFI | | | | | Sell all | 9/27 | J | | |
| 283. IUSA | | | | | Buy | 3/23 | J | | |
| 284. IUSA | | | | | Sell all | 9/27 | J | A | |
| 285. IDC | A | Dividend | | | Buy | 3/23 | J | | |
| 286. IDC | | | | | Sell all | 9/27 | J | A | |
| 287. IDR | A | Dividend | | | Buy | 6/3 | J | | |
| 288. IDR | | | | | Sell all | 9/27 | J | A | |
| 289. INTC | A | Dividend | | | Sell all | 3/23 | K | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hittner, David | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" aft each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | er (5) Identity of buyer/seller (if private transaction) |
| 290. INTC | | | | | Buy | 5/4 | J | | |
| 291. INTC | | | | | Pt. sell | 9/12 | J | A | |
| 292. INTC | | | | | Sell all | 9/27 | J | B | |
| 293. INTU | | | | | Buy | 3/23 | J | | |
| 294. INTU | | | | | Sell all | 4/26 | J | | |
| 295. IBM | | | | | Buy | 3/23 | J | | |
| 296. IBM | | | | | Sell all | 4/15 | J | | |
| 297. JPM | A | Dividend | | | Buy | 3/23 | J | | |
| 298. JPM | | | | | Sell all | 9/27 | J | | |
| 299. JNJ | A | Dividend | | | Pt. Sell | 3/23 | K | E | |
| 300. JNJ | | | | | Pt. Sell | 9/8 | J | A | |
| 301. JNJ | | | | | Sell all | 9/27 | J | B | |
| 302. JCI | A | Dividend | | | Buy | 6/2 | J | | |
| 303. JCI | | | | | Sell all | 9/28 | J | A | |
| 304. JNY | A | Dividend | | | Buy | 3/23 | J | | |
| 305. JNY | | | | | Sell all | 6/29 | J | | |
| 306. KMI | A | Dividend | | | Buy | 3/23 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Hittner, David | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. KMI | | | | | Sell all | 9/28 | J | A | |
| 308. LLL | A | Dividend | | | Buy | 3/23 | J | | |
| 309. LLL | | | | | Sell all | 9/28 | J | A | |
| 310. LH | | | | | Buy | 3/23 | J | | |
| 311. LH | | | | | Sell all | 8/29 | J | A | |
| 312. EL | | | | | Buy | 3/23 | J | | |
| 313. EL | | | | | Sell all | 9/28 | J | | |
| 314. LEG | A | Dividend | | | Buy | 3/23 | J | | |
| 315. LEG | | | | | Sell all | 7/27 | J | | |
| 316. LII | A | Dividend | | | Buy | 6/2 | J | | |
| 317. LII | | | | | Sell all | 9/28 | J | A | |
| 318. LLY | A | Dividend | | | Buy | 4/20 | J | | |
| 319. LLY | | | | | Sell all | 9/28 | J | | |
| 320. LLTC | A | Dividend | | | Buy | 4/20 | J | | |
| 321. LLTC | | | | | Sell all | 9/28 | J | | |
| 322. LSS | | | | | Buy | 6/7 | J | | |
| 323. LSS | | | | | Sell all | 9/28 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hittner, David | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. LOW | | | | | Pt. sell | 3/23 | J | | |
| 325. LOW | | | | | Sell all | 3/23 | J | C | |
| 326. LZ | A | Dividend | | | Buy | 3/23 | J | | |
| 327. LZ | | | | | Buy | 4/20 | J | | |
| 328. LZ | | | | | Sell pt | 6/29 | J | A | |
| 329. LZ | | | | | Sell all | 9/28 | J | | |
| 330. LYO | A | Dividend | | | Buy | 3/23 | J | | |
| 331. LYO | | | | | Sell all | 6/7 | J | | |
| 332. KRB | A | Dividend | | | Buy | 3/23 | J | | |
| 333. KRB | | | | | Sell all | 6/21 | J | | |
| 334. MAR | A | Dividend | | | Buy | 3/23 | J | | |
| 335. MAR | | | | | Sell all | 9/9 | J | | |
| 336. MAS | A | Dividend | | | Buy | 3/23 | J | | |
| 337. MAS | | | | | Sell all | 9/28 | J | | |
| 338. MKC | A | Dividend | | | Buy | 3/23 | J | | |
| 339. MKC | | | | | Sell all | 9/28 | J | | |
| 340. MCD | | | | | Buy | 3/23 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 J =$15,000 or less | G =$100,001 - $1,000,000 K =$15,001 - $50,000 | H1 =$1,000,001 - $5,000,000 L =$50,001 - $100,000 | H2 =More than $5,000,000 M =$100,001 - $250,000 | |
| 3. Value Method Codes (See Column C2) | N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | O =$500,001 - $1,000,000 R =Cost (Real Estate Only) V =Other | P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 S =Assessment W =Estimated | P2 =$5,000,001 - $25,000,000 T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hittner, David | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. MCD | | | | | Sell all | 6/13 | J | | |
| 342. MHS | | | | | Sell all | 3/23 | J | A | |
| 343. MDT | | | | | Sell all | 3/23 | J | A | |
| 344. MSFT | A | Dividend | | | Pt. Sell | 3/23 | K | D | |
| 345. MSFT | | | | | Sell all | 9/28 | J | C | |
| 346. MLS | | | | | Sell all | 3/23 | J | | |
| 347. MGI | | | | | Buy | 3/23 | J | | |
| 348. MGI | | | | | Sell all | 6/2 | J | | |
| 349. MON | A | Dividend | | | Buy | 4/11 | J | | |
| 350. MON | | | | | Pt. sell | 5/4 | J | A | |
| 351. MON | | | | | Sell all | 9/28 | J | | |
| 352. MOT | A | Dividend | | | Buy | 6/17 | J | | |
| 353. MOT | | | | | Sell all | 9/28 | J | A | |
| 354. NOV | | | | | Buy | 3/23 | J | | |
| 355. NOV | | | | | Sell all | 9/28 | J | A | |
| 356. NVT | | | | | Buy | 6/7 | J | | |
| 357. NVT | | | | | Pt. Sell | 9/26 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hittner, David | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. NVT | | | | | Sell all | 9/28 | J | A | |
| 359. NFLX | | | | | Buy | 3/23/ | J | | |
| 360. NFLX | | | | | Pt. Sell | 8/10 | J | | |
| 361. NFLX | | | | | Sell all | 9/28 | J | | |
| 362. NXL | A | Dividend | | | Buy | 3/23 | J | | |
| 363. NXL | | | | | Sell all | 9/28 | J | | |
| 364. NFB | A | Dividend | | | Buy | 3/23 | J | | |
| 365. NFB | | | | | Sell all | 9/28 | J | | |
| 366. JNC | A | Dividend | | | Buy | 3/23 | J | | |
| 367. JNC | | | | | Sell all | 9/28 | J | A | |
| 368. ORCL | | | | | Pt. sell | 3/23 | J | D | |
| 369. ORCL | | | | | Sell all | 8/9 | J | A | |
| 370. PMI | A | Dividend | | | Buy | 3/23 | J | | |
| 371. PMI | | | | | Sell | 9/28 | J | A | |
| 372. PHS | | | | | Buy | 3/23 | J | | |
| 373. PHS | | | | | Sell all | 8/10 | J | A | |
| 374. PALM | | | | | Buy | 3/23 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" aft each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | er (5) Identity of buyer/seller (if private transaction) |
| 375. PALM | | | | | Pt. Sell | 9/20 | J | A | |
| 376. PALM | | | | | Pt. Sell | 9/26 | J | A | |
| 377. PALM | | | | | Sell all | 9/28 | J | A | |
| 378. PTEN | A | Dividend | | | Buy | 3/23 | J | | |
| 379. PTEN | | | | | Sell all | 9/28 | J | A | |
| 380. BTU | A | Distribution | | | Buy | 3/23 | J | | |
| 381. BTU | | | | | Sell all | 4/5 | J | | |
| 382. BTU | | | | | Pt. Sell | 8/10 | J | | |
| 383. BTU | | | | | Sell all | 9/28 | J | A | |
| 384. JCP | A | Dividend | | | Buy | 3/23 | J | | |
| 385. JCP | | | | | Sell all | 9/27 | J | A | |
| 386. PNR | A | Dividend | | | Buy | 3/23 | J | | |
| 387. PNR | | | | | Sell all | 9/23 | J | | |
| 388. PHN | | | | | Buy | 3/23 | J | | |
| 389. PHN | | | | | Sell all | 8/9 | J | A | |
| 390. PEP | A | Dividend | | | Pt. Sell | 3/23 | J | A | |
| 391. PEP | | | | | Buy | 4/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hittner, David | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. PEP | | | | | Pt. Sell | 5/4 | J | A | |
| 393. PEP | | | | | Sell all | 9/28 | J | | |
| 394. PETM | A | Dividend | | | Buy | 3/23 | J | | |
| 395. PETM | | | | | Sell all | 8/30 | J | | |
| 396. PFE | A | Dividend | | | Pt. Sell | 3/23 | J | | |
| 397. PFE | | | | | Sell all | 9/28 | J | | |
| 398. TROW | A | Dividend | | | Buy | 3/23 | J | | |
| 399. TROW | | | | | Pt. Sell | 4/25 | J | | |
| 400. TROW | | | | | Pt. Sell | 7/27 | J | A | |
| 401. TROW | | | | | Sell all | 9/28 | J | | |
| 402. PHM | A | Dividend | | | Buy | 3/23 | J | | |
| 403. PHM | | | | | Sell all | 8/9 | J | A | |
| 404. NZT | A | Dividend | | | Buy | 6/21 | J | | |
| 405. NZT | | | | | Sell all | 9/28 | J | | |
| 406. QCOM | | | | | Buy | 3/23 | J | | |
| 407. QCOM | | | | | Sell all | 4/11 | J | | |
| 408. RTN | | | | | Sell all | 3/23 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hittner, David | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. RGC | A | Dividend | | | Buy | 3/23 | J | | |
| 410. RGC | | | | | Sell all | 9/28 | J | | |
| 411. RIMM | | | | | Buy | 3/23 | J | | |
| 412. RIMM | | | | | Sell all | 6/17 | J | | |
| 413. RAI | A | Dividend | | | Buy | 5/26 | J | | |
| 414. RAI | | | | | Sell all | 9/28 | J | A | |
| 415. ROK | A | Dividend | | | Buy | 3/23 | J | | |
| 416. ROK | | | | | Pt. Sell | 4/29 | J | | |
| 417. ROK | | | | | Sell all | 8/9 | J | | |
| 418. COL | A | Dividend | | | Buy | 3/23 | J | | |
| 419. COL | | | | | Sell all | 9/28 | J | A | |
| 420. ROP | A | Dividend | | | Buy | 4/26 | J | | |
| 421. ROP | | | | | Sell all | 9/30 | J | A | |
| 422. ROST | A | Dividend | | | Buy | 3/23 | J | | |
| 423. ROST | | | | | Sell all | 9/28 | J | | |
| 424. RI | | | | | Buy | 3/23 | J | | |
| 425. RI | | | | | Sell all | 9/28 | J | A | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | | |
| | Q =Appraisal | V =Other | S =Assessment | | | |
| | U =Book Value | | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hittner, David | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. SKS | | | | | Buy | 3/23 | J | | |
| 427. SKS | | | | | Sell all | 9/28 | J | A | |
| 428. SNY | A | Dividend | | | Buy | 5/3 | J | | |
| 429. SNY | | | | | Sell all | 9/28 | J | | |
| 430. SLB | | | | | Sell all | 3/23 | J | A | |
| 431. SCHN | | | | | Buy | 3/23 | J | | |
| 432. SCHN | | | | | Sell all | 4/15 | J | | |
| 433. SMG | A | Dividend | | | Buy | 3/23 | J | | |
| 434. SMG | | | | | Sell all | 9/28 | J | A | |
| 435. SEPR | | | | | Buy | 3/23 | J | | |
| 436. SEPR | | | | | Sell all | 9/28 | J | | |
| 437. SCI | A | Dividend | | | Buy | 3/23 | J | | |
| 438. SCI | | | | | Sell all | 6/7 | J | A | |
| 439. SNDA | | | | | Buy | 3/23 | J | | |
| 440. SNDA | | | | | Pt. sell | 6/7 | J | A | |
| 441. SNDA | | | | | Sell all | 9/28 | J | | |
| 442. SIRI | | | | | Buy | 6/2 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hittner, David | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. SIRI | | | | | Sell all | 9/28 | J | A | |
| 444. SON | A | Dividend | | | Buy | 3/23 | J | | |
| 445. SON | | | | | Sell all | 9/28 | J | | |
| 446. SSI | | | | | Buy | 3/23 | J | | |
| 447. SSI | | | | | Sell all | 6/2 | J | A | |
| 448. HOT | | | | | Buy | 3/23 | J | | |
| 449. HOT | | | | | Sell all | 6/2 | J | | |
| 450. STN | A | Dividend | | | Buy | 3/23 | J | | |
| 451. STN | | | | | Sell all | 9/28 | J | | |
| 452. SHO | A | Dividend | | | Buy | 3/23 | J | | |
| 453. SHO | | | | | Sell all | 9/28 | J | A | |
| 454. SYY | | | | | Sell all | 3/23 | J | D | |
| 455. TCB | A | Dividend | | | Buy | 3/23 | J | | . |
| 456. TCB | | | | | Sell all | 9/28 | J | | |
| 457. TLM | | | | | Buy | 6/2 | J | | |
| 458. TLM | | | | | Sell all | 9/28 | J | A | |
| 459. TGT | A | Dividend | | | Pt. Sell | 3/23 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hittner, David | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. TGT | | | | | Sell all | 9/28 | J | A | |
| 461. NE | | | | | Buy | 3/23 | J | | |
| 462. NE | | | | | Sell all | 9/27 | J | A | |
| 463. TFX | | | | | Buy | 4/5 | J | | |
| 464. TFX | | | | | Sell all | 9/28 | J | A | |
| 465. MMM | | | | | Buy | 3/23 | J | | |
| 466. MMM | | | | | Sell all | 4/26 | J | | |
| 467. TWX | A | Distribution | | | Buy | 3/23 | J | | |
| 468. TWX | | | | | Sell all | 9/28 | J | | |
| 469. TYG | A | Dividend | | | Buy | 5/23 | J | | |
| 470. TYG | | | | | Sell all | 9/28 | J | A | |
| 471. TRP | A | Dividend | | | Buy | 3/31 | J | | |
| 472. TRP | | | | | Sell all | 9/28 | J | A | |
| 473. TRMB | | | | | Buy | 3/23 | J | | |
| 474. TRMB | | | | | Sell all | 7/27 | J | A | |
| 475. TYC | | Distribution | | | Pt. Sell | 3/23 | J | A | |
| 476. TYC | | | | | Sell all | 5/3 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hittner, David | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. URS | | | | | Buy | 3/23 | J | | |
| 478. URS | | | | | Sell all | 6/2 | J | A | |
| 479. UMP | | | | | Buy | 3/23 | J | | |
| 480. UMP | A | Dividend | | | Pt. Sell | 9/12 | J | A | |
| 481. UMP | | | | | Sell all | 9/28 | J | | |
| 482. UPS | | | | | Sell all | 3/23 | J | | |
| 483. UTX | A | Dividend | | | Buy | 3/23 | J | | |
| 484. UTX | | | | | Buy | 4/29 | J | | |
| 485. UTX | | | | | Sell all | 9/28 | J | A | |
| 486. UNH | A | Dividend | | | Buy | 3/23 | J | | |
| 487. UNH | | | | | Sell all | 9/28 | J | A | |
| 488. UVN | | | | | Buy | 3/23 | J | | |
| 489. UVN | | | | | Sell all | 8/9 | J | | |
| 490. UNA | | | | | Buy | 3/23 | J | | |
| 491. UNA | | | | | Sell all | 9/28 | J | B | |
| 492. VLY | A | Dividend | | | Buy | 3/23 | J | | |
| 493. VLY | | | | | Sell all | 9/28 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hittner, David | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. VZ | A | Dividend | | | Pt. Sell | 3/23 | J | A | |
| 495. VZ | | | | | Sell all | 9/28 | J | A | |
| 496. VIA | A | Dividend | | | Buy | 3/23 | J | | |
| 497. VIA | | | | | Sell all | 9/28 | J | | |
| 498. WAG | A | Dividend | | | Buy | 5/4 | J | | |
| 499. WAG | | | | | Sell all | 9/26 | J | | |
| 500. WM | | | | | Sell all | 3/23 | J | | |
| 501. WLP | | | | | Buy | 3/23 | J | | |
| 502. WLP | | | | | Sell all | 9/30 | J | A | |
| 503. WABC | A | Dividend | | | Buy | 3/23 | J | | |
| 504. WABC | | | | | Sell all | 9/28 | J | A | |
| 505. WON | A | Dividend | | | Buy | 3/23 | J | | |
| 506. WON | | | | | Sell all | 9/28 | J | | |
| 507. JWB | A | Dividend | | | Buy | 3/23 | J | | |
| 508. JWB | | | | | Pt. Sell | 7/28 | J | A | |
| 509. JWB | | | | | Sell all | 9/28 | J | A | |
| 510. WMB | A | Dividend | | | Buy | 3/23 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hittner, David | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. WMB | | | | | Sell all | 9/30 | J | A | |
| 512. WYE | | | | | Buy | 3/23 | J | | |
| 513. WYE | | | | | Sell all | 4/20 | J | A | |
| 514. XMSR | | | | | Buy | 3/23 | J | | |
| 515. XMSR | | | | | Buy | 6/7 | J | | |
| 516. XMSR | | | | | Pt. Sell | 8/11 | J | A | |
| 517. XMSR | | | | | Sell all | 9/28 | J | A | |
| 518. XTO | A | Dividend | | | Buy | 6/23 | J | | |
| 519. XTO | | | | | Sell all | 4/29 | J | | |
| 520. XLNX | A | Dividend | | | Buy | 4/15 | J | | |
| 521. XLNX | | | | | Sell all | 8/10 | J | | |
| 522. YELL | | | | | Buy | 3/23 | J | | |
| 523. YELL | | | | | Sell all | 4/15 | J | | |
| 524. ZLC | | | | | Buy | 3/23 | J | | |
| 525. ZLC | | | | | Sell all | 9/28 | J | | |
| 526. PRNIX | A | Dividend | L | T | Buy | 10/4 | L | D | |
| 527. AKAM | | | | | Buy | 3/23 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hittner, David | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. AKAM | | | | | Pt. Sell | 6/7 | J | A | |
| 529. AKAM | | | | | Sell all | 8/3 | J | A | |
| 530. CMP | A | Dividend | | | Buy | 5/23 | J | | |
| 531. CMP | | | | | Sell all | 9/37/ | J | | |
| 532. ALMRX | C | Dividend | K | T | Buy | 9/30/ | K | B | |
| 533. BERWX | A | Dividend | K | T | Buy | 9/30 | K | C | |
| 534. CFIMX | A | Dividend | L | T | Buy | 10/4 | L | | |
| 535. PGVFX | A | Dividend | K | T | Buy | 10/4 | K | . | |
| 536. GFAFX | A | Dividend | L | T | Buy | 9/30 | L | A | |
| 537. DSISX | A | Dividend | K | T | Buy | 9/30 | K | A | |
| 538. IWP | A | Dividend | K | T | Buy | 10/28 | J | | |
| 539. IWP | | | | | Buy | 11/27 | J | | |
| 540. IWD | A | Dividend | | | Buy | 10/28 | J | | |
| 541. IWD | | | K | T | Buy | 11/17 | J | | |
| 542. IWF | A | Dividend | | | Buy | 10/28 | J | | |
| 543. IWF | | | K | T | Buy | 11/17 | J | | |
| 544. IWN | A | Dividend | | | Buy | 10/28 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hittner, David | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. IWN | | | J | T | Buy | 11/17 | J | | |
| 546. IWO | A | Dividend | J | T | Buy | 11/17 | J | | |
| 547. IWS | | | | | Buy | 10/28 | J | | |
| 548. IWS | | | J | T | Buy | 11/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

A. Section VII. Investments and Trusts:
Fidelity Investments Brokerage group originally managed all stock investments. All stock investments have now been transferred to IMS Securities, Inc. and Pershing Investment Manager Services and the vast majority of stocks have been completely sold or rolled into a mutual fund account. Please see examples below:

Example 1: ADP stock, (Line 11), was originally held through the Fidelity Investments Brokerage group, transferred to the Pershing Investment Manager Services group on 3/17/05 and sold on 3/23/05, (as indicated on Line 117).

Example 2: C stock, (Line 24), was originally held through the Fidelity Investments Brokerage group, transferred to the INS Securities, Inc. group on 3/17/05, (Line 50), and it is currently being managed by IMS.

Detailed explanation of changes in stock holdings for calendar year 2005:
During my tenure as an active United States District Judge, I retained a financial advisory company to assist in investments. Only occasionally did they make purchases or sales of stock on my behalf. Upon taking senior status, I determined that a major change in the character of stocks was necessary, specifically the need to diversify my holdings. I transferred my stock management to a new company which advised that most of the stocks I had accumulated for the past fifteen years be sold. The new management company, with no understanding of the requirement that Article III judges had to file annual disclosure reports, immediately began buying and selling diverse stocks at a rapid pace. While my holdings were now fully diversified, it soon became obvious that it would be totally unwieldy to continue to buy and sell individual stocks in such volume due to my annual reporting requirement. I therefore directed the management company to once again liquidate most of my holdings and place them in diverse mutual funds. This was accomplished during the calendar year of 2005. Therefore, this disclosure report for 2005 sets forth in detail each of the voluminous individual stock purchases and sales prior to my direction to convert most holdings to mutual funds. Hopefully, this will explain the difference between my prior disclosure reports and the filing for 2005 (which traces each individual stock transfer, purchase, and sale before consolidation).

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

A. Section VII. Investments and Trusts:

Fidelity Investments Brokerage group originally managed all stock investments. All stock investments have now been transferred to IMS Securities, Inc. and Pershing Investment Manager Services and the vast majority of stocks have been completely sold or rolled into a mutual fund account. Please see examples below:

Example 1: ADP stock, (Line 11), was originally held through the Fidelity Investments Brokerage group, transferred to the Pershing Investment Manager Services group on 3/17/05 and sold on 3/23/05, (as indicated on Line 117).

Example 2: C stock, (Line 24), was originally held through the Fidelity Investments Brokerage group, transferred to the IMS Securities, Inc. group on 3/17/05, (Line 50), and it is currently being managed by IMS.

Detailed explanation of changes in stock holdings for calendar year 2005:

During my tenure as an active United States District Judge, I retained a financial advisory company to assist in investments. Only occasionally did they make purchases or sales of stock on my behalf. Upon taking senior status, I determined that a major change in the character of stocks was necessary, specifically the need to diversify my holdings. I transferred my stock management to a new company which advised that most of the stocks I had accumulated for the past fifteen years be sold. The new management company, with no understanding of the requirement that Article III judges had to file annual disclosure reports, immediately began buying and selling diverse stocks at a rapid pace. While my holdings were now fully diversified, it soon became obvious that it would be totally unwieldy to continue to buy and sell individual stocks in such volume due to my annual reporting requirement. I therefore directed the management company to once again liquidate most of my holdings and place them in diverse mutual funds. This was accomplished during the calendar year of 2005. Therefore, this disclosure report for 2005 sets forth in detail each of the voluminous individual stock purchases and sales prior to my direction to convert most holdings to mutual funds. Hopefully, this will explain the difference between my prior disclosure reports and the filing for 2005 (which traces each individual stock transfer, purchase, and sale before consolidation).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date__ 5/5/06 __

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544